No. 216. PROVOST *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 218. WOLTER *v.* SAFEWAY STORES, INC. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 222. EVENOW *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 223. MILLER *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the County Court of Onondaga County, New York, denied.

No. 227. WHITEHEAD *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 233. COYLE *v.* CALIFORNIA ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of California denied.